IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Beatty, Vanessa D

Printed: 6/24/08

Case Number: 05 B 54761
Judge: Hollis, Pamela S
Filed: 10/14/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  April 14, 2008
Confirmed: February 13, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 13,028.00 |  |
| Secured: |  | 2,973.19 |
| Unsecured: |  | 1,828.22 |
| Priority: |  | 6,241.36 |
| Administrative: |  | 1,294.00 |
| Trustee Fee: |  | 680.11 |
| Other Funds: |  | 11.12 |
| Totals: | 13,028.00 | 13,028.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Forrest L Ingram | Administrative | 1,294.00 | 1,294.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | Credit Acceptance Corp | Secured | 0.00 | 0.00 |
| 4. | HomeComings Financial Network | Secured | 32,968.20 | 2,973.19 |
| 5. | Internal Revenue Service | Priority | 6,241.36 | 6,241.36 |
| 6. | Capital One | Unsecured | 133.73 | 220.63 |
| 7. | Internal Revenue Service | Unsecured | 192.25 | 317.18 |
| 8. | Credit Acceptance Corp | Unsecured | 442.75 | 730.50 |
| 9. | ECast Settlement Corp | Unsecured | 258.90 | 427.16 |
| 10. | Mutual Hospital Services/Alverno | Unsecured | 67.32 | 111.07 |
| 11. | ECast Settlement Corp | Unsecured | 19.52 | 21.68 |
| 12. | FCNB Preferred Charge | Unsecured |  | No Claim Filed |
| 13. | Illinois Dept Of Employment Sec | Unsecured |  | No Claim Filed |
| 14. | Sprint PCS | Unsecured |  | No Claim Filed |
| 15. | Wojciech Ornowiski M.D., P.C. | Unsecured |  | No Claim Filed |
| 16. | Alliance One | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 41,618.03 | $ 12,336.77 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 190.30 |
| 5% | 52.50 |
| 4.8% | 176.40 |
| 5.4% | 260.91 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Beatty, Vanessa D

Printed: 6/24/08

Case Number: 05 B 54761
Judge: Hollis, Pamela S
Filed: 10/14/05

_____
$ 680.11

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

